IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED HUA, | No   C 08-05021 VRW |
| Plaintiff, | ORDER |
| v | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, COUNTRYWIDE HOME LOANS, INC, RECONTRUST COMPANY and DOES 1 THROUGH 50, | |
| Defendants. | |

On December 24, 2008, defendants Mortgage Electronic Registration Systems, Inc, Countrywide Home Loans, Inc and Recontrust Company moved to dismiss plaintiff Ted Hua's first amended complaint, Doc #6, in its entirety.  Doc #7.  Plaintiff has not submitted a response to the defendants' motion.

Plaintiff is ORDERED to SHOW CAUSE why defendants' motion to dismiss should not be granted.  Plaintiff has fourteen days from the date of this order to submit his written response to

1  defendants' motion.  If he fails to submit a written response
2  within fourteen days, the court will grant Doc #7, defendants'
3  motion to dismiss.  The hearing scheduled for March 26, 2009 is
4  VACATED.  The court will reschedule the hearing as necessary once
5  plaintiff submits his response.

7          IT IS SO ORDERED.

   _____
10 VAUGHN R WALKER
   United States District Chief Judge