1

2

3

4

5

6

7

8

9

10          IN THE UNITED STATES DISTRICT COURT

11        FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  TED HUA,                         No   C 08-05021 VRW

14        Plaintiff,                      ORDER

15        v

16  MORTGAGE ELECTRONIC REGISTRATION
    SYSTEMS, INC, COUNTRYWIDE HOME
17  LOANS, INC, RECONTRUST COMPANY
    and DOES 1 THROUGH 50,
18
          Defendants.
19
    _____/
20

21        On May 11, 2009, defendants Mortgage Electronic

22  Registration Systems, Inc, Countrywide Home Loans, Inc and

23  Recontrust Company moved to expunge the lis pendens and for

24  attorneys' fees and costs relating to the entire action.  Doc #23.

25  Plaintiff has not submitted a response to the defendants' motion.

26        Plaintiff is ORDERED to SHOW CAUSE in writing on or

27  before August 21, 2009 why defendants' motion should not be

28  granted.  Failure to respond to this order shall be deemed grounds

**United States District Court**
For the Northern District of California

1   to grant defendants' motion, but defendants may be required to
2   substantiate their requested fees and costs as necessary.

3          The hearing scheduled for August 6, 2009 is hereby
4   VACATED.   The court will submit the matter on the papers unless a
5   hearing appears necessary.

6

7          IT IS SO ORDERED.

8

9          _____

10         VAUGHN R WALKER
           United States District Chief Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2